# EXHIBIT 1

Case 2:25-cv-02242-FB-JMW Document 1-2 Filed 04/23/25 Page 2 of 4 PageID #: 24

 

MENU

MY SORIANO



# Marco Soriano On Driving Innovation In A Legacy Multi-Gen Family Business

BY SORIANO MOTORI

_Marco Antonio Soriano IV_ _leads The Soriano Family Office Group, a company celebrated for its legacy of innovation and strategic growth. Under his leadership, the group has expanded its global presence, excelling in strategic negotiations, financial management, mergers, acquisitions and private equity ventures. In this wide-ranging interview with Crain Currency, Soriano discusses how the organization has solidified its position as a formidable force in the global market and shares what lies ahead for both him and The Soriano Group._

## You come from a multi-generational Italian family steeped in history. Can you share that story with us?

Absolutely. My family's roots are deep in history, and I'm proud to continue that legacy. The Soriano Family Office was founded by my grandfather, Ricardo Soriano, in 1939. He was a noble aristocrat and the Marqués de Ivanrey, and his vision shaped the family's trajectory for generations. He was also the founder of RACE and a key figure in promoting the Costa del Sol. My grandfather even created the first motorcycle brand in Spain — Soriano. I'm honored to build on that legacy today as I lead Soriano Motori Corp, a company that continues our family's tradition of innovation and excellence.

## Tell us about Soriano Motori today. How have you innovated that core business for your family?

Soriano Motori is very special to me. It's an Italian lifestyle brand that's taken the heritage of my family's original motorcycle company and reimagined it for the electric era. We create electric motorcycles that blend classic aesthetics with cutting-edge technology, offering a riding experience unlike any other. It's about keeping the tradition alive but with a modern twist that speaks to today's riders.

## Besides Soriano Motori, what other ventures are you involved in?

We're involved in a few exciting areas. In telecommunications, we own EliMobile , which is a mobile virtual network operator. What makes EliMobile stand out is that it's not just about phone service, it's about building connections. Our users get access to the Elisium portal, where they can interact with exclusive content, meet celebrities and even learn new skills. It's a unique blend of telecommunications and social engagement.

Case 2:25-cv-02242-FB-JMW Document 1-2 Filed 04/23/25 Page 3 of 4 PageID #: 25



MENU

MY SORIANO

We're also heavily involved in real estate — specifically in the United States and Mexico, where we provide commissioning services to five-star hotels. Our team ensures that everything, from technical drawings to equipment installation, runs smoothly, so those hotels can deliver the high standards they're known for.

## And what about the racing and fashion sides of your business?

We've been sponsoring motorsports since the early 1900s, and today we support the Porsche Soriano Racing Team, which competes in the Porsche Owners Cup in Europe. We're proud to have Danièle von Ballmoos-Vontobel, a top Swiss female pilot, leading the charge for us.

As for fashion, Soriano Motori isn't just about motorcycles. We design lifestyle apparel that blends classic Italian craftsmanship with modern U.S. design. Our clothes are a celebration of art and style, with a forward-thinking edge that reflects where we're headed as a brand.

## How are you incorporating AI into your businesses?

AI is a huge focus for us. We were one of the original investors in Hanson Robotics, which developed Sophia, the social humanoid robot. Sophia has made waves worldwide, and we're excited to be part of the cutting edge of AI development. We've also incorporated AI and blockchain into our latest venture, Mondo Soriano, which is a metaverse platform. It combines virtual reality, augmented reality and gaming, allowing people to interact, work and play in a completely digital world. We're even using NFTs [nonfungible tokens] and digital currency within the platform, which opens up all kinds of possibilities for the future.

## What's on the horizon for The Soriano Group in the next 10 years?

The future is bright. We're expanding our presence in Spain and the U.S., and we're raising €10 million [about $11.07 million] to fuel that growth. E-mobility is at the heart of our plans — we're working on electric motorcycles, scooters, bicycles and beyond. We're also committed to sustainability and are constantly exploring new technologies to make transportation greener and cleaner. We'll continue to push boundaries and innovate in every vertical we're involved in.



SORIANO and PORSCHE announce 2025 racing schedule for europe with driver Daniele Von Ballmoos

20 November 2024

Case 2:25-cv-02242-FB-JMW Document 1-2 Filed 04/23/25 Page 4 of 4 PageID #: 26



Soriano Motori Reaches $400 Million Valuation, Announcing Key Milestones and Multi-Million Euros Partnerships

17 October 2024



Marco Soriano on driving innovation in a legacy multi-gen family business

17 October 2024



CONFIGURATOR     TERMS AND CONDITIONS     PRIVACY POLICY     PRESS CENTER     FAQs     CONTACT