# EXHIBIT 4

ES NOTICIA | Últimas noticias | Lluvias Madrid | David Sánchez | Supervivientes | Page | Rick Harrison | Producto L Oreal | Reaparación moviles | Presupuestos | Ana Peleteiro | Guerra Rusia Ucrania

EL MUNDO
España  Opinión  Actualidad Económica  Internacional  Deportes  Cultura   Menú   SUSCRÍBETE 24€/AÑO   Inicia sesión

Motor | Anuario motor

## MOTOR

# Soriano Motori salta de las motos a los coches y las bicis eléctricas



El director de El Mundo selecciona las noticias de mayor interés para ti.

**✉ Recibir Newsletter**

Marco Antonio Soriano IV posa junto a la Soriano V1 Giaguaro.

**FELIX CEREZO**  @cerezus  Madrid

**Actualizado** Sábado, 14 octubre 2023 - **07:46**



Ver 1 comentario

A finales del año 2020, apenas empezando a salir de la pandemia del coronavirus, el mundo asistía al nacimiento de **Soriano Motori, una nueva marca de motos con sede en Italia... aunque sus raíces fueran 100% españolas.** Porque no era sino el renacimiento de R. Soriano, la primera empresa que fabricó motos en serie en nuestro país. Activa entre 1941 y 1954 ensambló scooter o motocarros, pero, sobre todo, modelos de rueda pequeña como la Puma o la Lince, que se hicieron muy populares.



Uno de los modelos que fabricó la marca original a mediados de siglo pasado

La compañía se llamaba así por su fundador, **Ricardo Soriano Scholtz von Hermensdorff. Segundo marqués de Ivanrey, este multimillonario, aventurero y visionario** afrontó negocios de todo tipo y terminó retirándose a Marbella, donde falleció en 1973 después de haber contribuido al boom inmobiliario y turístico de la Costa del Sol.

### PRIMERO, LAS MOTOS

Pero antes, le dio tiempo a crear un conglomerado de empresas (Soriano Group) con intereses en múltiples negocios, que van desde los hoteles al asesoramiento o la inversión en start ups. **Al frente de la parte financiera y estratégica está su nieto, Marco Antonio Soriano IV,** quien cuenta a EL MUNDO que las 100 unidades que estimaban fabricar del primero de los modelos que lanzaron y que ya han vendido, se pueden transformar en 500 o 1.000 en los próximos meses. A más largo plazo, habla incluso de llegar a las 5.000 motos.



La Soriano V1 Giaguaro tiene una autonomía de entre 240 y 320 km

Para ello, dice, están en contacto con **inversores árabes** interesados en abrir aquel mercado, pero también con el potente **Grupo Penske norteamericano y con BMW** que podrían encargarse de la fabricación de las motocicletas.

### HASTA 320 KM DE AUTONOMÍA.

Éstas, por el momento, están basadas en un único modelo siempre con tecnología 100% eléctrica y que destacan por llevar caja de cambios manual: **la Soriano V1 Giaguaro, que se declina en tres versiones: V1S, V1R y Gara, c**on potencias que van desde los 80 a los 100 CV y autonomías de entre 240 y 320 km gracias a una batería de 20 kWh. **Los precios parten de los 32.500 euros** en el caso de la más económica, aunque esa tarifa puede variar dada las posibilidades de personalización de cada unidad.



Brutal reacción de Cayetana Álvarez de Toledo a la ovación a Fernando Simón en el Congreso

tiramillas



La velocidad máxima supera los 200 km/h

No obstante, Marco Antonio Soriano IV revela que **trabajan en dos nuevos modelos que añadir a la cartera de productos: uno de tipo scooter y una de enduro**. Y todo esto, en una estrategia a la que han añadido, recientemente, la creación de **una línea de moda** que, al estilo de lo que hace Harley-Davidson, gira precisamente alrededor del mundo de las dos ruedas. Además de poner en marcha una especie de club privado que ofrezca experiencias exclusivas a sus clientes por todo el mundo.



Soriano ha lanzado también una línea de moda basada en la cultura de la moto

### CINCO PAREJAS DE COCHES ÚNICOS

Entre esos clientes, la intención es añadir también a compradores de automóviles. Por el momento, con un proyecto muy elitista: porque Soriano Motori dice estar en **conversaciones con el carrocero italiano Zagato para crear una serie de 10 automóviles únicos.**

**Serían cinco parejas de dos coches cada una.** Uno de esos vehículos se quiere que sea una especie de calco del modelo de 1926 que compitió en Las 24 Horas de Le Mans. El otro, sería el modelo a desarrollar inspirándose en aquél y que tendría propulsión térmica o 100% eléctrica, a elección del comprador. **Según el ejecutivo, tendrían ya tres parejas de coches apalabradas.**



El automóvil de 1926 que la compañía pretende 'resucitar'

Y ya para el común de los mortales, la compañía anunció días atrás **el lanzamiento en 2024 de una gama de bicicletas eléctricas.** Formada por tres modelos, en su construcción participarán proveedores de primer nivel como SRAM, Promax, KMC, Avid, Gyes, Velo, Truvativ, Continental y Kenda. Pero sin que ello dispare los precios, que estarían en una horquilla de **entre 2.000 y 3.200 euros.** Los planes de negocio pasan por vender hasta 5.000 unidades en todo el mundo ya en el primer año, pudiendo adquirirse directamente a través de internet o en la sede de la compañía en Monza (Italia).

Ver enlaces de interés ⌄

**Comentario**

 **1Celtibero**
15/10/2023 18:14 horas                                    #1

100 % de raíces españolas y fabrica en Italia, así nos va...

Ver 1 comentario

 Cargando siguiente contenido

**OTRAS WEBS DE UNIDAD EDITORIAL**

| El Mundo | Ocio y Salud | Unidad Editorial | Empleo |
|---|---|---|---|
| El Mundo en Orbyt | Telva | Expansión | Escuela Unidad Editorial |
| Su Vivienda | Mi bebé y yo | MARCA | Unidad Editorial |
| Guía TV | Cuídate Plus | MARCA English | Expansión y Empleo |
| Descuentos El Mundo | Diario Médico | MARCA Gaming | |
| Viajes El Mundo | | Sapos y Princesas | |

 **EL MUNDO**
Unidad Editorial Información General, S.L.U. Avda San Luis 25 - 28033 Madrid                 

Política de cookies | Configuración de cookies | Política de privacidad | Venta de contenidos | Términos y condiciones de uso | Publicidad |
Certificado por OJD | Contacto