# EXHIBIT 5

⏱ 1 min  |  par Alexis Ferrant  |  08.06.2020 à 09:00

# Moto électrique Soriano Motori Giaguaro

## Une sportive italienne à double moteur électrique déclinée dans 3 versions V1R, V1S et V1 Gara

### Vitesse de 180 km/h et une autonomie de 150 km

La renaissance de marques disparues a le vent en poupe, encore plus pour se lancer dans la production de deux-roues électriques. Voilà qu'une nouvelle marque s'apprête à faire son comeback : **Soriano**.



Il faut reconnaître que ce nom n'est pas forcément le plus connu. Soriano est une marque espagnole créée en 1941 par l'ingénieur Ricardo Soriano à Madrid et qui assurait la construction de motos et d'autos. La société sortit quelques modèles dont le modèle Pantera avant de stopper sa production au milieu des années 50.

C'est aujourd'hui du côté de l'Italie que la marque fait son retour grâce à la relance en mai 2019 par Marco Soriano.



*Les modèles Soriano de 1940 à 2020*

Désormais italienne, la société prévoit de se mettre à la moto électrique avec une approche légèrement différente de ce que l'on connait actuellement puisque ses machines seront propulsées par un double moteur électrique à la configuration "boxer". Ceux-ci fonctionneront ensemble mais pourront également tourner de manière indépendante pour plus d'efficacité.



*Moto électrique Soriano Motori Giaguaro V1S*

Le premier modèle baptisé **Giaguaro**, le Jaguar en français, sera décliné dans trois versions **V1R**, **V1S** et **V1 Gara** qui seront dans un premier temps produites en éditions limitées. La présentation complète des Soriano Giaguaro est prévue pour le prochain Salon EICMA de Milan mais quelques informations ont déjà été révélées comme une puissance de 81 chevaux, permettant une vitesse de pointe de plus de 180 km/h et une autonomie atteignant jusqu'à 150 km, sur le modèle le plus haut de gamme. On note également l'existence de trois modes et vitesses.

Toutefois, si elles sont encore bien mystérieuses, les Giaguaro sont déjà mises en prévente par le constructeur avec la possibilité de choisir le coloris de la moto ainsi que des freins pour un prix d'entrée à 25.500 € pour la V1R, 30.500 € pour la V1S et 32.500 € pour la V1 Gara.

Les premières livraison sont attendues pour le premier trimestre 2021.



*Les trois Giaguaro seront présentées en détail à Milan cet automne*

## Plus d'infos sur Soriano Motori

- Site : sorianomotori.eu
- Toutes les actualités nouveautés

## Ces articles peuvent vous intéresser



**TECHNIQUE**

La moto électrique : comment ça marche ?



**DOSSIERS**

Top 10 des motos électriques les plus puissantes



**ACTUALITES**

Moto électrique Soriano Motori Giaguaro V1 Gara