# EXHIBIT 6







Friends of Laguna Seca Names Motorsports Veteran Mel Harder General Manager of…

Honda CB750 Hornet, CB1000 Hornet SP, NT1100 First Look

NEWS

# Soriano Motori Unveils Electric Sportbikes

Rebooted marque to debut three electric models, the V1R, V1S, and V1 Gara.

By Andrew Cherney
Updated: July 8, 2020



3/21/25, 7:40 AM
Case 2:25-cv-02242-FB-JMW
Document 1-7
2021 Soriano Motori V1R | Cycle World
Filed 04/23/25
Page 3 of 13 PageID #: 42




The press release in last week's inbox only briefly caught our attention: "Soriano Motori reborn as high-performance electric motorcycle." Sure, you think to yourself, another day, another player in the electric motorcycle market. And Soriano? Only a true moto-history buff would remember the brand briefly made motorcycles in Spain in the '40s and '50s—wasn't it long defunct? Not anymore. It seems its legacy is now getting a refresh, this time as an Italian brand, and to signal its new mission statement, Soriano Motori is launching three new sporting electric motorcycle models.



 

But let's back up a bit. The old Spanish marque previously known as R.Soriano SA was founded in Madrid by Ricardo Soriano Hermensdorff von Scholtz, a bona fide marquis who also happened to be a pretty handy engineer. He designed and built a range of small two-wheelers in collaboration with Ossa boss Manuel Giro starting in 1942, but quit the motorcycle biz after making about 6,000 bikes. The new Soriano company says it will take that legacy and expand on it, while trying to maintain some kind of connection to the past entity. The name helps; technically, the American parent company's name is Soriano Motori Corporation, but it's also launched a European division, Soriano Motori Factory SpA, based in Italy, that will produce the bikes and "give them their reborn identity."

Menu



The midrange V1S splits the difference in price and performance, outputting 90 hp (though the same 58 pound-feet of torque as the others). *Soriano Motori*

The company is rolling out—or rather, making available for preorder—three versions of the same model. The Giaguaro, as it's called (jaguar in Italian), will be available as the base model V1R, the more up-spec V1S, and the top-of-the-range V1 Gara. All three will be made in Italy at two state-of-the-art facilities in Oggiono and Lecco near Lake Como—and, hey, isn't Moto Guzzi's home base just a short boat ride up the lake? Many of the key details are still vague, but the bikes will pay homage to some of the old Soriano models (if only slightly), with aluminum girder forks and three-speed manual gearboxes—both unusual features on an electric motorcycle. But SMC also says it's about "cutting-edge EVs" and innovation and, for examples of that, points to the bikes' special liquid-cooled Duoflex electric motors and perimeter disc brakes. No word on

 

*Sign up here to receive our newsletters. Get the latest in motorcycle reviews, tests, and industry news, subscribe here for our YouTube channel.*

That's probably because a concept bike is still being worked on, but we've read the two motors will be arranged in a boxer configuration making one unit (perhaps like BMW's Vision Roadster concept?), and can work together or be activated independently, for either greater efficiency in urban environments or more power for highway cruising, depending on the rider's needs.





Spec sheets say the top-line V1 Gara is powered by a 75kW (100 hp) peak output electric motor and claims to go from 0–60 mph in 3.5 seconds, but it's unclear whether this is the dual-engine configuration or single. Going down the line, the lower-priced V1S uses a 72kW (90 hp) rated motor which gives it a 0–60 mph time of 4.4 seconds. The base V1R, meanwhile, generates a peak output of 60kW (80 hp) and sprints from 0–60 mph in 4.4 seconds.

**RELATED: The Electric Revolution Has Begun**

Battery options range from 15kWh to 20kWh, both being lithium-ion configurations, but for stated range, there's nothing too eye-opening there; the spec sheets claim 120–160 kilometers, or 75–100 miles, and we're not sure if that's city, highway, or combined. Founder and CIO Marco Soriano told us charging capacity is "within 45 minutes, and we can plug in to worldwide existing Tesla infrastructure charging stations and other EV stations" (we'll assume that's DC fast charging).

The bikes can be further customized with a broad selection of colors, and eventually various wheel and tire sizes and even dashboard layouts will be offered. There have also been mentions of offering different engine sounds as well. Each model will be limited to 100 units with production starting in September, but they're available for preorder now. And you'll pay for that exclusivity: The V1R rings in at 25,500 euros (almost $29,000), the V1S will be 30,500 euros (about $34,000), and the V1 Gara will run 32,500 euros (approximately $37,000). If it's any consolation, SMC's secure payment system accepts the British pound (BDP), US dollar (USD), and the euro (EUR), as well as mainstream cryptocurrencies like Ethereum (ETH) and Bitcoin (BTC).



"Soriano Motori's motorcycles represent the finest Italian design, image, branding, architecture, and engineering, that for the first time are being applied to EV motorcycles for the next generation of riders," said Marco Soriano, founder of SMC.

The bikes were to be originally shown at this year's EICMA show, but since that's been canceled, the unveiling of the prototype and three pre-series models will take place in Milan sometime in November 2020, in an exclusive private event.

For more info, see sorianomotori.eu/.

## More News

**NEWS**

Honda CB750 Hornet, CB1000 Hornet SP, NT1100 First Look

---

**NEWS**

QJMotor Bringing More Bikes to US

---

**NEWS**

CFMoto 675NK Heading to US

---

**NEWS**

2025 Harley-Davidson Nightster Gets New Price of $9999

---

**NEWS**

Honda Camera-Based ADAS

---

 

## Latest

**CFMOTO**
Friends of Laguna Seca Names Motorsports Veteran Mel Harder General Manager of WeatherTech Raceway Laguna Seca

**NEWS**
QJMotor Bringing More Bikes to US

**REVIEWS**
2025 Yamaha YZF-R9 First Ride

**NEWS**
Honda CB750 Hornet, CB1000 Hornet SP, NT1100 First Look

**THE WIRE**
2025 Sonora Rally Special Stage Two (SS2): Act II

**RACING**
Márquez Brothers Go 1-2 Again In Argentina

**THE WIRE**
Mecum Auctions Joins Forces with ESPN+ in New, Multiyear Media Rights Agreement

**THE WIRE**
Lyndall Brakes Unveils New 2024 and Up Touring Rotors for Harley-Davidson Road Glide and Street Glide

**THE WIRE**
2025 Sonora Rally Special Stage One (SS1): Baptism by Sand



**THE WIRE**
Lyndall Brakes Unveils New 2024 and Up Touring Rotors for Harley-Davidson Road Glide and Street Glide



**REVIEWS**
2025 Yamaha YZF-R9 First Ride



**RACING**
Márquez Brothers Go 1-2 Again In Argentina

Menu



THE WIRE



EAGLERIDER Reveals Brand Evolution: Modernized Identity & Enhanced Experiences

HONDA



Tour de Force: Riding 50 Years of Honda Gold Wings

HUSQVARNA



How Much Power Does the 2025 Husqvarna Vitpilen 801 Make?

NEWS



CFMoto 675NK Heading to US

BIKES



2025 Aprilia RS 660 & RS 660 Factory First Look

 Menu 



REVIEWS

 2025 Kawasaki Versys 1100 SE LT First Ride

THE WIRE

 Alpinestars Presents Its Spring 2025 Contemporary Collection

NEWS

 Honda Camera-Based ADAS

NEWS

MV Agusta on Its Own Again

THE WIRE

 Husqvarna Mobility Offers New Four-Year Warranty








NEWS

CFMoto Reverse Gear



NEWS

Tariff Wars Could Affect Harley and Indian



RACING

Márquez Brothers Make History in MotoGP



NEWS

Indian Working On Next-gen ARAS



THE WIRE

Colorado Calling for KTM Adventure Rider Rally's 20th
Anniversary in 2025

 

NHRA Gatornationals

**GEAR AND PRODUCTS**

Refining the DesertX: Comfort, Wind Protection & Safety Upgrades

**NEWS**

Showa/Nissin Improving Brake Cooling



PRIVACY POLICY    TERMS OF USE    ABUSE    CONTACT US    CYCLE WORLD MERCH

NEWSLETTER SIGN UP!

Cookies Settings

Many products featured on this site were editorially chosen. Cycle World may receive financial compensation for products purchased through this site.

Copyright © 2025 Cycle World. An Octane Media, LLC Publication. All rights reserved. Reproduction in whole or in part without permission is prohibited.

