# EXHIBIT 7

ES NOTICIA:   Coches eléctricos  ·  Taller mecánico  ·  Luces coche  ·  Matrículas  ·  Carnet de conducir  ·  Tesla  ·  ITV  ·  Motos  ·  Alco



# EL MOTOR

MOTOS

# Soriano Motori, las eléctricas italianas diferentes

POR EL MOTOR
11 DIC 21 - 08: 17

Marco Antonio Soriano relanza el proyecto que creó su abuelo hace más de 80 años, con modelos exclusivos con embrague y caja de cambios.



Marco Antonio Soriano posa con una de las creaciones de su marca.



Perpetuar el éxito de un **legado familiar** debe ser de lo más reconfortante, en especial si se trata de **relanzar un negocio después de más de 80 años** para intentar situarlo en un lugar destacado de su sector. Eso es lo que pretende hacer Marco Antonio Soriano con **Soriano Motori,** marca de motos que fundó en **1939 su abuelo Ricardo,** noble, aristócrata y Marqués de Ivanrey. Tanto tiempo después, su nieto **ha reflotado la firma,** ahora cien por cien italiana, enfocándola a la movilidad del futuro y cada vez más del presente, **la eléctrica.**

MÁS INFORMACIÓN


Las cinco motos más caras de asegurar… y las cinco más baratas


RAY 7.7, un escúter eléctrico español por 7.500 euros

Y no de cualquier forma, porque **Marco Antonio** quiere destacarse en **el nivel más lujoso del sector** de la moto eléctrica. Un objetivo de lo más ambicioso con el que inició su andadura en 2020. "Estaba en Miami en una conferencia presentando un tema sobre el legado familiar y los negocios, **se me encendió la bombilla** y me pregunté: '¿Por qué no?'. Ahora que todos hablan de Tesla y de marcas eléctricas que no tienen esa tradición familiar como la nuestra, **me decidí a hacerlo",** explica.

"Empecé a hacer los **diseños iniciales** y saqué unas líneas de las que la gente me daba un buen *feedback",* cuenta. De ahí surgió la **Giaguaro,** un modelo de diseño deportivo y elegante que cuenta con una particularidad que le hace especial: un **doble motor con caja de cambios y embrague.** «Uno de los problemas que tienen los motores eléctricos es que no hay cambio, no hay *torque* (par motor) y no hay emociones, no tiene el **sentimiento tradicional de una moto.** Eso es lo que hace especial a nuestras motos", explica.

Una vez vio la luz su primera moto (ahora trabajan en la **Enduro Soriano V2-Wildcat,** más económica y destinada a los jóvenes) Marco Antonio asegura que fue **"una**

situación muy emotiva". «Ver mi moto al lado de la de mi abuelo... La he traído a Milán *(en referencia al salón de la moto donde se expuso)* y la gente puede ver **una perspectiva de casi 80 años,** entre lo que hizo mi abuelo y lo que he hecho yo", añade. Lo que ha hecho él es apostar por lo eléctrico, ¿por qué? "El problema del **sobrecalentamiento del planeta es real,** lo he seguido muy de cerca con científicos que conozco".

## Melandri, su embajador

Para ayudar a [Soriano Motori](#), tanto en su desarrollo como en su promoción, la marca tiene a todo un expiloto de MotoGP, **Marco Melandri,** como embajador. "Creo que el futuro es eléctrico, me gusta la tecnología y el proyecto. Marco Antonio tiene una mirada muy avanzada y eso me gusta mucho", dice el italiano sobre su inclusión en el proyecto y, por supuesto, le gustan sus motos: "El par y tener **un motor con una caja de cambios es algo asombroso,** nunca había visto nada igual. Son más pesadas, por las baterías, pero **muy fáciles y naturales".**

Aprovechando que tiene a Melandri a su lado, ¿se animará Marco Antonio a **involucrarse en el deporte** con su empresa? "Tenemos un circuito que hemos comprado, **me gustaría patrocinar a equipos de carreras** y apostar por el piloto preciso para que lleve el nombre de la marca. Y además **quiero apoyar a mujeres,** porque hay algunas que están compitiendo y nosotros debemos **intentar ayudarlas** como una marca internacional", responde. Pero antes debe **consolidar un proyecto** del que su abuelo seguro que ya se siente orgulloso.

Sigue toda la información de EL MOTOR desde [Facebook](#), [X](#) o [Instagram](#)

**ARCHIVADO EN**   MotoGP · Motos · Motos eléctricas · Movilidad alternativa · Movilidad eléctrica

**MÁS INFORMACIÓN**



## Harley prepara para una moto muy especial para homenajear a uno de sus grandes iconos

RUBÉN PÉREZ



## El vídeo viral que demuestra cómo no se debe de echar la gasolina en la moto

RUBÉN PÉREZ

**SERVICIOS**

![ELMOTOR] (https://servicios.motor.elpais.es/)

-- Seleccione provincia -

Talleres, autoescuelas, concesionarios ...                    Buscar

## NEWSLETTER EL**MOTOR**

Recibe la newsletter de EL MOTOR con toda la actualidad del mundo del automóvil y la moto, tecnología, seguridad, conducción y eficiencia.

APÚNTATE

## NEWSLETTER EL**MOTOR**

Recibe la newsletter de EL MOTOR con toda la actualidad del mundo del automóvil y la moto, tecnología, seguridad, conducción y eficiencia.

APÚNTATE

## SERVICIOS EL**MOTOR**

Encuentra los mejores talleres, seguros, autoescuelas, neumáticos...

BUSCAR

## LO MÁS VISTO

**ELMOTOR**   EL HUFFPOST   EL PAÍS   AS   CADENA SER

**1**

**2**



**Omar Montes revela en 'El Hormiguero' por qué vendió su Ferrari: el motivo es para no creerlo**



**La DGT 'regala' dos puntos a todos los conductores que quieran: ¿cómo conseguirlos fácilmente?**

3



**Si tu mecánico utiliza alguna de estas frases, huye: así puedes detectar si te engañan en el taller**

4



**El revolucionario coche 'de Ikea', más cerca de España gracias a Stellantis**



