# EXHIBIT 8

# Le comeback de Soriano Motori sera électrique !

10 juin 2020 par Thibaut

Accueil (https://www.go2roues.com/) » Actualités de l'éco-mobilité (https://www.go2roues.com/cat/actualites/) » Le comeback de Soriano Motori sera électrique !

Après 60 ans d'absence, le constructeur Soriano Motori relance sa production de motos. Pour être dans l'ère du temps, leur comeback sera électrique avec trois modèles dans les tuyaux.

Lever de rideau prévu au salon EICMA de Milan en novembre prochain.



## Une marque littéralement historique



On vous l'accorde, quand on fait référence aux constructeurs italiens, Soriano Motori (https://sorianomotori.eu/) n'est pas le premier auquel on pense. C'est bien normal car, historiquement, il s'agit en réalité d'une marque espagnole.
Celle-ci a commencé sa production de motos dans les années 1940.

A l'origine de cette aventure, deux hommes : Ricardo Soriano, ingénieur espagnol qui construisait des moteurs performants de voitures et de bateaux, et Manuel Giró, fondateur de la compagnie *Ossa Engineering*, qui coopérait sur les moteurs de Soriano. Malheureusement, leur histoire sera de courte durée.
En effet, ils doivent mettre un terme à leur production dans les années 1950.

60 ans plus tard, l'investisseur italien Marco Soriano – la filiation avec Ricardo Soriano reste floue – décide de redonner vie à la marque. Soriano Motori est donc « naturalisé » italien.
Et à partir de 2020, leur avenir sera électrique !

## Trois motos à venir

Coup marketing ou pas, Soriano Motori revient sur les devants de la scène avec des motos électriques. Lever de voile prévu au prochain salon EICMA de Milan en novembre prochain. Enfin si le COVID-19 ne refait pas

3/21/25, 7:54 AM
Le comeback de Soriano Motori sera électrique ! • GO2ROUES
Case 2:25-cv-02242-FB-JMW    Document 1-9    Filed 04/23/25    Page 4 of 6 PageID #: 64

surface d'ici là pour annuler l'événement…

Au programme, la Soriano EV Giaguaro. Cette moto électrique servira de base et sera donc déclinée en trois versions : la V1R, la V1S et la V1 Gara.

Toutes partageront le même moteur baptisé *Duo Flex*, un assemblage de deux moteurs électriques pour être utilisé séparément ou en tandem pour ne faire qu'un. Évidemment, les caractéristiques techniques restent minimes pour l'instant. Idem pour les différences entre les trois motos.
Mais on parlerait d'une puissance de 139 ch (102 kW), d'une transmission à trois rapports et d'une autonomie allant jusqu'à 200 km en usage strictement urbain.

## Réservez la votre

Si la moto sera (normalement) visible à l'EICMA en novembre prochain, elle ne sera pas tout de suite dans votre garage. Si tout se passe bien, votre future V1 devrait être disponible courant 2021. En revanche, il est déjà possible de commander votre moto via le site officiel du constructeur (https://www.sorianomotori.com/). Affichées respectivement à 25 500 €, 30 500 € et 32 500 €, il ne vous reste plus qu'à faire votre choix.

### À propos Thibaut

Content Manager chez Go2roues, Thibaut est un journaliste moto et auto passé par C8, Motorsport TV ou encore Automoto la Chaine. Mais c'est avant tout un motard. Un vrai passionné de deux-roues.

## Articles Récents

Les voies de bus ouvertes aux deux-roues électriques ? (https://www.go2roues.com/actualites/2025/03/04/les-voies-de-bus-ouvertes-aux-deux-roues-electriques/)

Pourquoi le Rider 3000 W fait partie des meilleurs scooters électriques urbains ? (https://www.go2roues.com/actualites/scooter/2025/02/26/le-rider-3000-w-fait-partie-des-meilleurs-scooters-urbains/)

La nouvelle Ultraviolette F77 Mach 2 débarque en Europe ! (https://www.go2roues.com/actualites/2025/02/11/la-nouvelle-ultraviolette-f77-mach-2-debarque-en-europe/)

Interview du fondateur de Lithium Plus (https://www.go2roues.com/actualites/rencontres/2025/02/11/interview-de-fondateur-de-lithium-plus/)

Grand Paris, ZFE, Crit'Air : les règles à connaître pour 2025 (https://www.go2roues.com/actualites/2025/02/05/critair-2025/)

## Liens

Mentions Légales (https://www.go2roues.com/mentions-legales/)

Conditions Générales de Ventes (https://www.go2roues.com/conditions-generales-de-ventes/)

Pourquoi GO2ROUES ? (https://www.go2roues.com/pourquoi-go2roues/)

Go2roues dans la presse (https://www.go2roues.com/cat/presse/)

Notre équipe (https://www.go2roues.com/notre-equipe/)

Politique de cookies (UE) (https://www.go2roues.com/politique-de-cookies-eu/)

Déclaration de confidentialité (UE) (https://www.go2roues.com/declaration-de-confidentialite-ue/)

## 2 roues

de 1500€ à 2500€ (/shop/?orderby=price&cash=1500,2500&triggerVueGrid=true)

de 2500€ à 5000€ (/shop/?orderby=price&cash=2500,5000&triggerVueGrid=true)

Scooters 3 Roues (https://www.go2roues.com/shop/cat/scooter-electrique/3-roues/)

Scooters pour camping car (https://www.go2roues.com/shop/tag/scooter-pour-camping-car/)

L'assurance d'un scooter électrique (https://www.go2roues.com/guide/assurance/)

## Nos points de ventes

15 av. de la grande armée à Paris

RDV d'essai à Grande Armée → (/magasin/showroom/grandearmee/)

28 rue des Garennes à Houdan

## Notre Atelier

15 Boulevard Pereire à Paris

RDV à Paris 17 → (/magasin/atelier/paris-17/)

3/21/25, 7:44 AM
Case 2:25-cv-02242-FB-JMW    Document 1-9    Filed 04/23/25    Page 6 of 6 PageID #: 66
Le comeback de Soriano Motori sera électrique ! • GO2ROUES

RDV d'essai à Houdan →
(/magasin/showroom/houdan/)

## ILS PARLENT DE NOUS

©2025 SAS GO2ROUES