# EXHIBIT 9

 

Temporal   Incidencias en cerca de 90 municipios de la Comunidad de Madrid por las fuertes lluvias

# Soriano: la icónica marca española de los años 30 vuelve

El nieto del fundador de la marca se pone al frente de un proyecto que traerá a nuestro mercado motocicletas eléctricas del segmento premium



Uno de los modelos que llegarán al mercado español   // F. P.

**J. BACORELLE**
Madrid

SEGUIR AUTOR



3/21/25, 7:41 AM
Case 2:25-cv-02242-FB-JMW   Document 1-10   Filed 04/23/25   Page 3 of 9 PageID #: 69
Soriano, la icónica marca española de los años 30 vuelve
10/02/2024 a las 14:39h.

Las motos eléctricas Soriano «aterrizan en España este 2024 con la fuerza de un león», para ocupar la posición que tuvo la marca en el mercado español en los años 30 hasta 1954.

Marco Antonio Soriano IV ha anunciado su desembarco en España entre el tercer y el cuarto trimestre de 2024, reinventando la mítica marca española de los años 30 en formato eléctrico premium, además de crear un universo acorde con un estilo de vida basado en diferentes verticales tales como bicicletas eléctricas, moda, lifestyle, metaverso o «gaming».

Su bisabuelo, **Fernando Sorianoy Gavira**, primer marqués de Ivanrey, fue banquero, senador vitalicio por Salamanca, diputado de las Cortes y cofundador del Hotel Ritz. Su abuelo, el aristócrata **Ricardo Soriano** y **Scholtz von Hermensdorff** fue fundador del RACE y primer promotor de la Costa del Sol.

**NOTICIA RELACIONADA**

### Enzo Ferrari, el hombre detrás de la pantalla

SANTIAGO DE GARNICA CORTEZO

Hoy se estrena 'Ferrari', una apuesta por reflejar la vida del hombre que creó el equipo, la marca del «Cavallino» que encarna toda la esencia de las carreras



«Efectivamente, en los años 30 -ha recordado Soriano- mi abuelo Ricardo Soriano fundó **la empresa española** como respuesta al creciente auge del mundo de las dos ruedas y hasta 1951 produjo distintos tipos de scooter, motocicletas y motocarros. En 1942 salió de su fábrica su primer scooter, anticipándose a marcas como Lambretta o Vespa».

**ABC** Premium*

**El mundo cambia. La verdad permanece.** Al suscribirte, tendrás acceso a periodismo real para tiempos de cambio con contenido exclusivo y de calidad.

+ información

| 1 año x 20 € | 3 meses x 1 €/mes |

El carácter innovador e inquieto de su nieto, Marco Antonio Soriano IV, le ha llevado a levantar el imperio Soriano. Como gran amante del arte en todas sus variables, colabora con el artista español **Jerry Zamora**, quien expone en el Metaverso Soriano sus pinturas dedicadas a la mujer y a la moto.

El propio CEO de la empresa ha confirmado que las motos Soriano «son las únicas eléctricas que cuentan con una caja de cambios para no prescindir de las sensaciones de las motos de combustión». Ha comentado que todos sus modelos cuentan con cinco marchas y un embrague hidráulico anti-rebote que permite reducciones evitando el bloqueo de la rueda trasera. Se presenta en tres versiones diferentes: la Giaguaro V1-R, con una potencia de 72 KW, la Giaguaro V1-S con 60 Kw y la Giaguaro V1-Gara con 75Kw. Dos motores se sitúan en el interior del chasis de doble viga de acero y ofrecen un par motor de 155Nm.






Marco soriano en una de las motos de la marca

Las baterías de 20Kwh están alojadas encima de los dos motores y representan un tercio del peso total de la moto que alcanza los 255 Kg. Marco Antonio Soriano IV ha explicado que han incluido el cobre, ya que «es un resistente de tal envergadura que además ofrece una estabilidad mayor en las baterías para evitar explosiones».

Ha comentado Soriano que «si fabricas en países que se limitan a copiar y no a innovar vas a tener fallos grandes, pero si fabricas cuidadosamente investigando en nuevos modelos que ofrezcan garantía a los usuarios, tendrás mucha más seguridad».

También ha explicado que **las motos de la firma** «están fabricadas en Europa», y ha asegurado que «es una de las pocas marcas que lo hace». En cuanto al precio, «depende de lo que quiera confeccionarse el comprador porque están hechas a capricho. Se parte de los 45.000 euros y pueden llegar hasta los 60.000 euros según las especificaciones que nos dé el usuario hasta un límite de 50 unidades.

Perpetuar el gran legado del éxito familiar no ha sido capricho del destino, sino que comenzó con un Marco Antonio Soriano IV enfocado en «innovación tecnológica» y en la promoción de su propia marca. Además, cuenta con todo un expiloto de Moto GP, Marco Melandri, como embajador desde su fábrica en Monza, donde «supervisa y da conocimiento a 'Sorianistas' que lo deseen».

**MÁS INFORMACIÓN**

- **Skoda publica los primeros bocetos del nuevo Octavia**
- **McLaren Technology Center: un día rodeados de magia**
- **Renault Clio híbrido 2024: la eficiencia como bandera**

Marco Antonio Soriano IV ha concluido diciendo que «el Grupo Soriano es un grupo financiero, que lleva muchas verticales en varios sectores industriales que apunta a España con el corazón y el sentir del renacimiento de la marca, sabiendo que hay que entender las tendencias de los mercados para poder hacer un renacimiento con éxito».

MÁS TEMAS:  Motociclismo   Motor   Motocicletas

VER COMENTARIOS 1 >                                                              REPORTAR UN ERROR

## Últimas Noticias

- Pedro Ruiz tiene claro lo que significa el incremento del gasto militar en España y en el resto de países: «Se han puesto a hablar de armas...»
- La Aemet avisa del cambio que llega a España tras la borrasca Martinho: vuelve el frío polar a estas zonas
- Un meteorólogo, muy duro con Iker Jiménez tras poner en duda las previsiones de la Aemet: «No han llegado las clases de...»
- Cuándo se cobran las pensiones en marzo: la fecha en Caixabank, Santander, ING, BBVA y resto de bancos
- El estadio de la Cartuja tendrá listos los nuevos accesos cuando llegue el Betis

3/21/25, 7:41 AM
Case 2:25-cv-02242-FB-JMW  Document 1-10  Filed 04/23/25  Page 7 of 9 PageID #: 73
Soriano, la icónica marca española de los años 30 vuelve

## Recomendado

**El pronóstico de la Aemet para la Semana Santa de 2025: «De la Semana Santa sabemos que el Viernes Santo cae en viernes»**
LA VOZ DE CÁDIZ


**El mejor restaurante de comida sin gluten de España está en Valladolid**
EL NORTE DE CASTILLA


**Ventrosa lanza una campaña para que Mahou patrocine sus fiestas de San Roque**
LA RIOJA


**Se vende una casa en una playa de Huelva por menos de 45.000 euros: tiene tres habitaciones y se encuentra en este pueblo**
HUELVA24


**El nuevo canal autonómico que obligará a resintonizar millones de televisores en España**
LAS PROVINCIAS




**Pedro Ruiz tiene claro lo que significa el incremento del gasto militar en España y en el resto de países: «Se han puesto a hablar de armas...»**




Los mejores calefactores de bajo consumo A +++

## Lo más leído en Motor

**1** Las aseguradoras españolas bajo la lupa: las que mejor y peor responden

**2** La multa que te puedes llevar por salpicar a un peatón con el coche

**3** El Fiat 500e de Giorgio Armani cuesta 40.000 euros y es así de lujoso

**4** Impuestos y deducciones: ¿hay que incluir en la declaración de Hacienda la compra de un coche?

**5** Skoda Kodiaq vs. Toyota RAV4: comparamos dos SUV híbridos enchufables



ABC

Copyright © DIARIO ABC, S.L.




ABC PREMIUM

    

3/21/25, 7:41 AM
Soriano, la icónica marca española de los años 30 vuelve
Case 2:25-cv-02242-FB-JMW   Document 1-10   Filed 04/23/25   Page 9 of 9 PageID #: 75

Vocento - Sobre nosotros - Contacto - Política de privacidad - Política de cookies - Condiciones de uso - Aviso legal - Condiciones de contratación - Condiciones de contratación - Compromisos editoriales

Comprobar Lotería Niño - Lotería Niño - Comprobar Lotería Navidad - Lotería Navidad - Horóscopo - Calendario laboral 2024 - Programación TV - Últimas noticias - Loterías - Escuchar noticias del día - La Colmena - Traductor - Sorteo del Niño comprobar número - La Verdad - Podcast

vocento