# EXHIBIT 10

**NOTICIAS DE MOTOS (HTTPS://WWW.AUTONOCION.COM/NOTICIAS-MOTOS/)**

# Soriano Motori nos presenta en Madrid su amplia propuesta, moto incluida

1 junio, 2023  /  Álvaro Prieto Amaya (https://www.autonocion.com/author/alvaro-prieto/)



Si el nombre de **Soriano Motori (https://www.sorianomotori.com/es/)** te suena, seguramente será porque hablamos del renacimiento de una marca histórica europea ¿Recuerdas la Soriano Tigre? Fue la motocicleta de mayor éxito de la histórica marca y fue producida en Madrid en 1939. Ha llovido mucho desde entonces, pero la firma esta de vuelta con una **interesante propuesta de moda, motos y** *lifestyle*.

Soriano Motori nos presenta en Madrid su amplia propuesta, moto incluida

Sí, la histórica marca de motos Soriano Motori ha renacido para continuar con su legado de más de 120 años de historia, pero no lo hace sólo con vehículos. Esta compañía eligió el **"Mandarin Oriental Ritz, Madrid"**, una ubicación muy especial para la compañía debido a su vinculación familiar, para presentarnos esta semana su colección de moda, su moto eléctrica y el amplio Mundo Soriano.



(https://www.autonocion.com/wp-content/uploads/2023/06/Soriano-Motori-Madrid-15.jpg)

> *El conocido noble y aristócrata Ricardo Soriano fue uno de los fundadores del Hotel Ritz de Madrid.*

El objetivo de Soriano Motori es **desarrollar un movimiento global a través de un estilo de vida único**. En el ADN de la familia está la apuesta firme por las vanguardias, junto con el deseo de romper las reglas para crear algo nuevo. Marco Antonio Soriano Scholtz von Hemmersdorff, CEO

Soriano Motori nos presenta en Madrid su amplia propuesta, moto incluida

de Soriano Motori, quiere dejar huella y apostar por la innovación, al igual que hizo su abuelo Ricardo Soriano.

Soriano señala que «*nosotros ofrecemos un estilo de vida moderno, sostenible, adaptado a los tiempos actuales y para todas las edades. Los más moteros no echarán de menos el motor de las motos tradicionales y los más urbanitas darán con un transporte cómodo para sus desplazamientos eco. Incluso aquellos que apuestan por lo digital encontrarán su sitio en **nuestro Metaverso**».

(https://www.autonocion.com/wp-content/uploads/2023/06/Soriano-Motori-Madrid-31.jpg)

# Las motos de Soriano Motori

Uno de los principales objetivos de Soriano Motori es el de potenciar el mercado de las motocicletas eléctricas **a través de la máxima innovación**. De hecho, durante el evento pudimos ver en vivo un ejemplar de su exclusiva motocicleta. No es ningún secreto que la movilidad se está transformando a pasos agigantados y en Soriano Motori son conscientes de ello.

Soriano Motori nos presenta en Madrid su amplia propuesta, moto incluida

Por esa razón, la compañía italiana está de vuelta con **100 motos eléctricas de lujo, totalmente personalizables** y respetuosas con el medio ambiente. Soriano Motori ha presentado ya varios modelos de lujo totalmente eléctricos y todas ellas siguen la estela de la Soriano Tigre madrileña. Bautizadas como **Giaguaro V1-R, V1-S y V1-Gara**, todas ellas garantizan sensaciones únicas.



(https://www.autonocion.com/wp-content/uploads/2023/06/Soriano-Motori-Madrid-9.jpg)

Y lo hacen gracias a la inclusión de **una caja de cambios**. El objetivo, que el cliente no prescinda de las mismas sensaciones que ofrecen las motos de combustión. En la actualidad, son la única alternativa en el mercado que ofrece esta característica. De hecho, ha sido posible gracias al gran equipo de ingenieros y diseñadores con larga experiencia en la fabricación de motos que ha logrado reunir la marca.

Según apuntan, la gran mayoría de ellos **proceden de firmas de gran renombre** como Ducati, Moto Guzzi o Ferrari. Como señala Soriano "*me he rodeado de los mejores para garantizar la mejor experiencia a nuestros clientes. Las motocicletas son eléctricas, sostenibles y mantienen los*

elementos de conducción que cautivan a los amantes de las motos. Con una **velocidad constante de 120 km/h** y una batería de **20 KWh**, tienen **180 kilómetros** de autonomía«



(https://www.autonocion.com/wp-content/uploads/2023/06/Soriano-Motori-Madrid-10.jpg)

Añade, además, que en el banco de pruebas (https://www.autonocion.com/pruebas-de-coches/) han llegado incluso a alcanzar los 400 km/h y una autonomía superior durante las pruebas (https://www.autonocion.com/pruebas-de-coches/) en ciudad. Por ahora, la compañía con sede en Italia ha lanzado una **edición limitada a 100 ejemplares** de sus motocicletas. Esto le permite alcanzar la máxima calidad y personalización. Los precios varían entre los 35.000 y los 55.000 euros.

Todo depende de las prestaciones y las opciones seleccionadas, ya que los clientes pueden elegir desde el color del chasis y los frenos (https://www.autonocion.com/tipos-discos-de-freno-pros-contras/) hasta el material del asiento, e incluso, el «sonido del motor». **Las motos se fabrican en**

Italia, y es que Soriano Motori es una de las pocas marcas que continúa fabricando en el país y en Europa, sin dependencia de países asiáticos.



(https://www.autonocion.com/wp-content/uploads/2023/06/Soriano-Motori-Madrid-30.jpg)

## ¿Pueden comprarse?

Sí, de hecho ya se han vendido el 50% de las 100 primeras unidades a diferentes clientes de Estados Unidos. Esta edición limitada y exclusiva ya se encuentra en producción, aunque por ahora Soriano Motori está centrada en los Estados Unidos, Turquía, Australia, República Checa y Emiratos Árabes Unidos (Dubai). **Esperan llegar a Italia, España y Gran Bretaña para 2025**.

El modelo de venta sigue dos posibles vertientes. Por un lado, el cliente final puede comprar (https://www.autonocion.com/mejor-mes-para-comprar-coche/) directamente al fabricante. Por otro lado, **acuerdos con distribuidores**, en diferentes puntos del mundo. Estos solicitan acuerdos de exclusividad con la marca durante 25 o 50 años y le aseguran a Soriano Motori una compra anual de 50 o 100 motos, cada año, con un incremento interanual del 10%.

Soriano Motori nos presenta en Madrid su amplia propuesta, moto incluida



(https://www.autonocion.com/wp-content/uploads/2023/06/Soriano-Motori-Madrid-5.jpg)

Y eso no es todo, Soriano también nos dejó caer que en aproximadamente dos años podríamos incluso llegar a ver **varios automóviles de la marca**. Los detalles son limitados, pero serán muy exclusivos, inspirados en la tradición de los vehículos de la marca y, probablemente, con la posibilidad de que el cliente decida si quiere una mecánica eléctrica o de combustión interna.

Soriano Motori nos presenta en Madrid su amplia propuesta, moto incluida

## Galería de imágenes



Ver todas las fotos

## ¿Sabes cuánto vale tu coche?

Descúbrelo inmediatamente, **sin registro y totalmente GRATIS:**

Soriano Motori nos presenta en Madrid su amplia propuesta, moto incluida

[(https://www.autonocion.com/)](https://www.autonocion.com/)[(https://www.autonocion.com/)](https://www.autonocion.com/)

## Descubre cuánto vale tu coche en menos de un minuto

¿Cuál es la marca de tu coche?

[Seleccionar marca]

¿Cuál es el modelo?

[Seleccionar modelo]

¿En qué año se matriculó?

[Seleccionar año matriculación]

**Ver oferta**

Powered by **compramostucoche.es**



[(whatsapp://send?text=Soria+Motori+nos+presenta+en+Madrid+su+amplia+propuesta%2C+moto+incluida)](whatsapp://send) [(https://www.facebook.com/...https%3A%2F%2Fwww.autonocion.com/soria-motori-nos-presenta-en-madrid-su-amplia-propuesta-moto-incluida%2F)](https://www.facebook.com/) [(https://twitter.com/...https%3A%2F%2Fwww.autonocion.com/soria-motori-nos-presenta-en-madrid-su-amplia-propuesta-moto-incluida%2F)](https://twitter.com/) [(https://plus.google.com/...https%3A%2F%2Fwww.autonocion.com/soria-motori-nos-presenta-en-madrid-su-amplia-propuesta-moto-incluida/)](https://plus.google.com/)

## También te va a interesar



[(https://www.autonocion...presenta-la-r-18-dragster-y-nos-encanta/)](https://www.autonocion.com/)

**BMW presenta la R 18 Dragster y nos encanta**

Soria Motori nos presenta en Madrid su amplia propuesta, moto i...



[(https://www.autonocion...martin-usara-mas-tecnologia-de-mercedes-benz-y-amg-incluida-la-electrica/)](https://www.autonocion.com/)

[(https://www.autonocion...amplia-la-garantia-de-sus-modelos-a-6-anos-o-150-000-km/)](https://www.autonocion.com/)

**BYD amplía la garantía de sus**

[(https://www.autonocion...noruega-seguira-activa/)](https://www.autonocion.com/)

**SEAT Noruega rectifica: seguirán presentes, incluida la gama Cupra**

[(https://www.autonocion.com/bmw-presenta-la-r-18-dragster-y-nos-encanta/)](https://www.autonocion.com/bmw-presenta-la-r-18-dragster-y-nos-encanta/)

**Aston Martin usará más tecnología de Mercedes-Benz y AMG, incluida la eléctrica [(https://www.autonocion.com/aston-martin-usara-mas-tecnologia-de-mercedes-benz-y-amg-incluida-la-electrica/)](https://www.autonocion.com/aston-martin-usara-mas-tecnologia-de-mercedes-benz-y-amg-incluida-la-electrica/)**

**modelos a 6 años o 150.000 km [(https://www.autonocion.com/byd-amplia-la-garantia-de-sus-modelos-a-6-anos-o-150-000-km/)](https://www.autonocion.com/byd-amplia-la-garantia-de-sus-modelos-a-6-anos-o-150-000-km/)**

[(https://www.autonocion.com/seat-noruega-seguira-activa/)](https://www.autonocion.com/seat-noruega-seguira-activa/)

Soriano Motori nos presenta en Madrid su amplia propuesta, moto incluida

[(https://www.autonocion...por-las-que-comprar-una-moto-electrica/)](https://www.autonocion.com/razones-por-las-que-comprar-una-moto-electrica/)

**Razones por las que comprar una moto eléctrica [(https://www.autonocion.com/razones-por-las-que-comprar-una-moto-electrica/)](https://www.autonocion.com/razones-por-las-que-comprar-una-moto-electrica/)**

[(https://www.autonocion...e-largus-electrico-ruso/)](https://www.autonocion.com/lada-e-largus-electrico-ruso/)

**Nuevo Lada e-Largus, la propuesta eléctrica para Rusia [(https://www.autonocion.com/lada-e-largus-electrico-ruso/)](https://www.autonocion.com/lada-e-largus-electrico-ruso/)**

[(https://www.autonocion...toyota-15-anos/)](https://www.autonocion.com/garantia-toyota-15-anos/)

**Toyota amplía la garantía de sus coches hasta los 15 años o 250.000 km: ¿Alguien da más? [(https://www.autonocion.com/garantia-toyota-15-anos/)](https://www.autonocion.com/garantia-toyota-15-anos/)**

[(https://www.autonocion.com/honda-presenta-el-suv-eprototype-y-esto-es-lo-que-sabemos/)](https://www.autonocion.com/honda-presenta-el-suv-eprototype-y-esto-es-lo-que-sabemos/)

**Honda presenta el SUV e:prototype y esto es lo que sabemos [(https://www.autonocion.com/honda-presenta-el-suv-eprototype-y-esto-es-lo-que-sabemos/)](https://www.autonocion.com/honda-presenta-el-suv-eprototype-y-esto-es-lo-que-sabemos/)**

---

Autonocion.com es una página dedicada a las noticias del motor con servicios online del automóvil.

[(https://www.facebook.com/autonocion)](https://www.facebook.com/autonocion)

## SERVICIOS

Ofertas coches nuevos [(https://www.autonocion.com/coches-nuevos/)](https://www.autonocion.com/coches-nuevos/)

Cuánto vale mi coche [(https://www.autonocion.com/cuanto-vale-mi-coche/)](https://www.autonocion.com/cuanto-vale-mi-coche/)

## ENLACES

Acerca de autonocion [(/acerca-de-autonocion/)](/acerca-de-autonocion/)

Contacto [(/contacto/)](/contacto/)

Aviso legal [(/aviso-legal/)](/aviso-legal/)

## SUSCRÍBETE

Recibe las noticias en tu correo cada 3 días:

Introduce tu e-mail 

*Al enviar tu correo permites que autonocion.com te envíe noticias o promociones. [+ info aquí](https://www.autonocion.com/aviso-legal/#legalnewsletter)*

  

[ (https://twitter.com/autonocion)

[ (https://www.instagram.com/autonocion/)

in (https://www.linkedin.com/)

Tasar coche (https://www.autonocion.com/tasar-coche/)

Política de cookies (/politica-de-cookies/)

Autonoción® 2011-2025 Todos los derechos reservados