# EXHIBIT 11

Directo

Temporal en España: Madrid anuncia el cierre total del Retiro y mantiene la alerta por la crecida del Manzanares

# Soriano, el regreso de un mito motociclista

Renace la marca española que hace casi un siglo representó una revolución en el mundo de las dos ruedas



▲Soriano, el regreso de un mito motociclista  Soriano



CARLOS DE MIGUEL

Madrid Creada: 05.04.2024 10:19
Última actualización: 05.04.2024 10:19

  

Marco Antonio tiene un sueño y lo va a hacer realidad. **Continuar, ya en el siglo XXI, la obra de su abuelo Ricardo Soriano** que, en la década de los treinta del pasado siglo creó su propia marca de motos. Y que, **en 1942 fue precursor de un tipo de moto que se impondría en el ámbito urbano, al crear el primer "scooter"** que luego se popularizaría de la mano de otras

marcas como Vespa o Lambretta. Si entonces esta era la revolución en el campo de las dos ruedas, sus sucesores también apuntan a la última tendencia tecnológica con sus motos eléctricas.

**MÁS NOTICIAS**


**Seguridad Vial**
**Fin de semana de nieve: ¿sabes poner las cadenas?**


**Fauna**
**Cantabria, Asturias y Galicia aplauden la vuelta a la caza del lobo y CyL trabajará para lograrlo al sur del Duero**


**Directo**
**Temporal en España: el Manzanares entra en nivel rojo en Madrid y aumenta el riesgo de desbordamiento**


▲Inauguración del centro de investigación e innovación de Soriano Motori  *Soriano Motori*

Las obras de Marco ya están preparadas para marcar tendencia en el mercado, no solo español, sino a nivel internacional. Su espíritu internacional, con residencia entre Milán y New York, pero con viajes constantes a su país de origen, España, empuja al representante de la cuarta generación de apasionados del motor a ultimar la estrategia comercial para lanzar al

3/21/25, 7:44 AM
Soriano, el regreso de un mito motociclista
Case 2:25-cv-02242-FB-JMW    Document 1-12    Filed 04/23/25    Page 4 of 10 PageID #: 91

mercado varios modelos que, **siempre con motorizaciones totalmente eléctricas,** entrar en diferentes segmentos del mercado. Ya se pueden adquirir, aunque su entrada con fuerza se producirá después del verano. Unas motos dirigidas a un público muy exclusivo y que forman parte de un proyecto más ambicioso que abarca estilo de vida y en la que entran otros productos, como bicicletas eléctricas, moda o experiencias de lifestyle o en el metaverso. En este último campo se colabora con el artista español Jerry Zamora, que expone en el metaverso pinturas con la temática de la mujer y de la moto.



▲**Bici eléctrica**  Soriano

Marco toma la herencia de su bisabuelo Fernando, marqués de Ivanrey, que fue banquero, senador, diputado y hombre de negocios en diferentes áreas, entre las que destaca la fundación del hotel Ritz. Su abuelo Ricardo fue otro apasionado del mundo del motor, fundador del Real Automóvil Club de España y con el olfato de los negocios turísticos al comenzar el lanzamiento del entorno de Marbella, en colaboración con sus parientes Hohenlohe. **Además, construyó un automóvil deportivo biplaza cabrio del que su nieto quiere construir una reedición de solo diez unidades**, junto con otras diez de un superdeportivo actual cuyo diseño se ha encargado al estilista italiano Zagato. Coches de colección para propietarios muy exclusivos.



▲**Así es la nueva sede de Soriano Motori.** Soriano Motori

Marco Antonio, con la marca de su glorioso apellido, presenta una oferta de tres motos verdaderamente revolucionarias. Dos "scooters" para tráfico urbano y una innovadora moto de carretera eléctrica que, como señala el promotor, «es la única eléctrica que cuenta con una caja de cambios para no prescindir de las sensaciones de las motos de combustión». Por ello, todas las versiones cuentan con cinco marchas y un embrague hidráulico anti-rebote que permite reducciones, evitando el bloqueo de la rueda trasera. Este modelo, denominado Giaguaro, es decir, jaguar en italiano, se presenta en tres versiones diferentes: V1-R, con una potencia de 72 kw y 80 caballos, que pasa de 0 a 100 por hora en 4,4 segundos y que cuesta 32.500 euros; V1-S con 60 kw y 90 caballos, con una aceleración de 4 segundos y 34.800 euros de factura y la V1-Gara con 75 kw y 100 caballos y que acelera en 3,5 segundos. Las autonomías son de 240, 290 y 320 kilómetros respectivamente. En todos los casos, están equipadas con dos motores que se sitúan en el interior del chasis de doble viga de acero y dan en la báscula 225 kilos. Un producto exclusivo ya que inicialmente se estima que la producción estará limitada a medio centenar de unidades de cada versión.

Publicidad



▲V1 Soriano

Para quienes quieran una Soriano para uso urbano, la marca tiene en producción dos diferentes scooters de una preciosa línea retro, con una o dos baterías. Dos modelos denominados con el nombre de Tisto, a elegir en función de la utilidad deseada, bien para dentro de la ciudad, bien para quienes necesiten recorridos más amplios incluso por vías de

circunvalación que exijan velocidades más amplias. Cuentan con la ventaja de tener baterías extraíbles, lo que facilita la acción de recarga ya que se pueden conectar a un enchufe de casa. Productos de marca española que se fabrican en la factoría de Monza, cerca de Milán, y bajo la asesoría de un hombre como Marco Melandri, que sigue siendo una leyenda en el mundo de las carreras motociclistas.

ARCHIVADO EN:

moto / Motos

    

0  Ver comentarios

## Más leídas

**1** **Día del Padre**
Julia Janeiro enciende a Belén Esteban con este mensaje a Jesulín de Ubrique: "Siempre estás presente"

**2** **Novedad**
El nuevo 'Sálvame' de TVE ya es una realidad: esta es su fecha de estreno

**3** **Sorteos**
Cupón Extra del Día del Padre de la ONCE: Comprobar resultado del sorteo especial del 19 de marzo de 2025

**4** **Impuestos**
Los contribuyentes ya pueden acceder a su borrador de la Renta 2024: así puedes consultarlo

**5** **Vehículos**
La DGT dará 2 puntos extra en el carnet de conducir a los conductores que hagan esto

Publicidad

Publicidad

## Noticias destacadas



## Resultados

La Primitiva: comprobar resultado del sorteo de hoy, jueves 20 de marzo de 2025

LA RAZÓN



## Bonoloto

Sorteo de la Bonoloto: Comprueba aquí el ganador de hoy, jueves 20 de marzo de 2025

LA RAZÓN



## Premios

Comprobar Lotería Nacional: resultados del sorteo de hoy, jueves 20 de marzo de 2025

LA RAZÓN



## Directo

El Papa ya no necesita ventilación mecánica no invasiva y se confirma su mejoría

LA RAZÓN

LA RAZÓN

Publicidad
Equipo
Privacidad
Cookies
Área de privacidad

