# EXHIBIT 12

Es noticia | Últimas noticias | Lluvias Madrid | David Sánchez | Supervivientes | Page | Rick Harrison | Producto L Oreal | Reaparación moviles | Presupuestos | Ana Peleteiro | Guerra Rusia Ucra

**EL MUNDO**  ESPAÑA   OPINIÓN   ECONOMÍA   INTERNACIONAL   DEPORTES   CULTURA   LOC   TELEVISIÓN 24  MENÚ  SUSCRÍBETE 24€/AÑO | Inicia sesión

Motor | Anuario motor

**MOTOR** · Con hasta 180 km de autonomía y precios desde 25.000 euros

# Las motocicletas Soriano regresan como eléctricas



El director de El Mundo selecciona las noticias de mayor interés para ti.

✉ Recibir Newsletter

Desaparecida en 1954, fue la primera marca que hizo motos en serie en España: minimotos robustas y sencillas. Ahora, vuelve al sector con un modelo de altas prestaciones... aunque fabricadas en Italia



FÉLIX CEREZO  @cerezus  Madrid

Actualizado Lunes, 9 noviembre 2020 - 10:31

 

Ver 9 comentarios

**Activa entre 1941 y 1954, R.Soriano fue la primera empresa que produjo motos en serie en España.** Sobre todo, modelos de rueda pequeña como **la Puma o la Lince** que se hicieron muy populares -se hicieron más de 6.000 unidades- pero también scooter y motocarros. La compañía se llamaba así por **su fundador, Ricardo Soriano Scholtz von Hermensdorff.** Segundo marqués de Ivanrey, este multimillonario, aventurero y visionario afrontó negocios de todo tipo y terminó retirándose a Marbella, donde falleció en 1973 después de haber contribuido al boom inmobiliario y turístico de la Costa del Sol.



Soriano fabricó más de 6.000 ejemplares de estas pequeñas motos

El conglomerado de empresas que fundó se llama hoy **Soriano Group, está radicado en EEUU y tiene intereses en hoteles (50% del total) asesoramiento, inteligencia artificial o start up financieras.** Una cartera a la que añaden a partir de ahora la producción de motos. Aunque aquel legado de vehículos utilitarios y sencillos regresa en forma de **modelos 100% eléctricos de altas prestaciones.**

«Soy aficionado a las motos y **no queríamos hacer un 'scooter', sino un modelo tradicional salvo en la parte eléctrica»** cuenta Marco Antonio Soriano, nieto del fundador y actual responsable financiero de inversiones (CIO) de la corporación.



### EN LA PARTE MÁS ALTA DEL MERCADO

Una intención que se ha plasmado en la **Soriano V1 Giaguaro, un modelo que se declina en tres versiones (V1S, V1R y Gara) con dos niveles de potencia (77 y 83 CV)** y diferencias de estilo, pero casi idénticas en cuanto a su tecnología que también recurre a la fibra de carbono. Así, las tres montan una **batería con 20 KwH de capacidad que les permite alcanzar una autonomía de hasta 180 km** a una velocidad de 120 km/h, aunque el modelo más potente puede alcanzar los 220 km/h. Luego, **la recarga lleva entre (algo más de una horaun poste semirrápido) y seis horas** en caso de un enchufe convencional.

Claro que ese planteamiento exclusivo se traslada a los precios, que oscilan **entre los 25.000 euros y los 30.000 euros,** cifra a la que añadir el sobrecoste de la personalización de algunos elementos, caso de los frenos o del sonido. Son tarifas que **solo supera la Harley Davidson LiveWire (casi 34.000 euros) y por encima de los modelos de Enérgica o Zero(desde 22.000 euros)** con un planteamiento muy parecido.



Brutal reacción de Cayetana Álvarez de Toledo a la ovación a Fernando Simón en el Congreso



Su producción es completamente artesanal y estará limitada a **100 unidades, la mitad de las cuales están ya asignadas.** Las motos son fabricadas en Italia «porque ni madre es de allí y por el gran prestigio que tiene ese país en este campo» señala el ejecutivo. «Esto nos permitió también contactar para el proyecto con expertos de Ducati o Ferrari» aparte de contar con **proveedores de primer nivel, como Paioli para las suspensiones.** «Además, no quiero saber nada de fabricar en India, Bangladesh o China para abaratar costes» asegura apuntando directamente a lo que hace, por ejemplo, Harley-Davidson.

### COMPRA EN INTERNET, ENTREGA EN CASA

3/21/25, 7:45 AM                                Las motocicletas Soriano regresan como eléctricas | Motor
Case 2:25-cv-02242-FB-JMW         Document 1-13       Filed 04/23/25      Page 4 of 5 PageID #:
                                                   101

¿Y por qué **no en España**? «Es muy difícil, la política fiscal es más negativa, no anima a invertir» señala Soriano, que también admite que la estrategia de su compañía es radicar sus negocios en EEUU o en países con fiscalidad ventajosa. Y si acaso, tomar pequeñas participaciones «del 1% o el 2% como máximo en socios locales o proveedores».



Soriano Motori, que así se denomina la compañía, tampoco tendrá una red de distribución. El volumen no lo requiere y prefieren **«imitar el modelo de Amazon, con entrega de puerta a puerta. Así nos evitamos un intermediario».** Las motos se pueden encargar a través de internet, en la web de la compañía (https://es.sorianomotori.com) y recibirlas en casa. Están disponibles para nueve mercados priorizando aquellos donde existen ayudas a la compra, caso del español. **Las primeras unidades se empezarán a entregar en la primavera de 2021** y la compañía ofrecerá a los clientes la posibilidad de reacondicionar la batería pasados cinco años.

Además, para finales del año que viene esperan presentar una nueva moto «con un estilo muy innovador». Y están **estudiando la posibilidad de fabricar automóviles con un diseño inspirado en los modelos de los años 20, 30 y 40 del siglo pasado pero, por supuesto, electrificados.**

| Conforme a los criterios de  **T** The Trust Project | Saber más |
|---|---|

Motos · Motor · Industria motor

**Motor.** La odisea de comprarse un coche usado en España
**Motor.** Bergé Auto se transforma en Astara, un ecosistema global de movilidad
**Motor.** Riberas (Sernauto): "Europa tiene que ser pragmática en la transicion ecológica"

Ver enlaces de interés ⌄

Ultimas noticias · Programacion TV · Traductor · Comprobar Lotería Navidad 2024 ·
Comprobar Lotería del Niño 2025 · Temas · Diez mandamientos

**Comentarios**



**55jose55**                                                                                                #1
09/11/2020 14:32 horas

Fabrica en Italia por las ventajas fiscales y vende en España por las ventajas fiscales. País de paniaguados.

[ Ver 9 comentarios ]

**OTRAS WEBS DE UNIDAD EDITORIAL**

| El Mundo | Ocio y Salud | Unidad Editorial | Empleo |
| --- | --- | --- | --- |
| El Mundo en Orbyt | Telva | Expansión | Escuela Unidad Editorial |
| Su Vivienda | Recetas de cocina de Sergio | MARCA | Unidad Editorial |
| Guía TV | Mi bebé y yo | MARCA eSports | Expansión y Empleo |
| Descuentos El Mundo | Cuídate Plus | Sapos y Princesas | |
| Viajes El Mundo | Diario Médico | | |



EL◆MUNDO   

© Unidad Editorial Información General, S.L.U. Avda San Luis 25 - 28033 Madrid

Política de cookies | Configuración de cookies | Política de privacidad | Venta de contenidos | Términos y condiciones de uso | Publicidad | Certificado por OJD | Contacto