# EXHIBIT 13



# MAGAZINE MOTO

Novità moto ✓ | Vivere con la moto › | Lifestyle › | Speciali ›



Novità

# Soriano Motori, i "nobili" delle moto elettriche stanno arrivando

Giorgio Sala, il 15/10/21

Moto / Magazine / Novità moto

**EICMA 2021** ⌄

Presenti ad Eicma 2021, la casa italo-spagnola rinasce e punta tutto sull'elettrico. Ma chi sono? E che moto produrranno?

*Benvenuto nello Speciale EICMA 2021, composto da 100 articoli. Seleziona gli articoli di tuo interesse cliccando il sommario EICMA 2021 qui sopra, oppure*

# motorbox

Quello della mobilità elettrica è forse l'unico segmento in cui, attualmente, un brand di moto può riproporsi nel mercato. Questo è il caso della Soriano Motori, brand italo-spagnolo che vuole entrare nel mercato delle due ruote elettriche entrando proprio dalla porta d'ingresso. Il brand **parteciperà ad Eicma 2021** (pad.24 – A52), sfruttando l'importante kermesse per mostrare la propria gamma di novità. Ma chi sono esattamente?



**LA FAMIGLIA SORIANO** La storia racconta che nel 1903 l'ingegner Ricardo Soriano progettò un propulsore a combustione interna per moto "decisamente all'avanguardia per i tempi che furono". Dopo una pausa di riflessione, nella quale la famiglia Soriano ha diversificato i propri investimenti - consolidando il main-business soprattutto nell'ambito finanziario - la terza generazione della nobile dinastia, nella figura di **Marco Antonio Soriano IV**, ha deciso di ridare lustro allo storico blasone, creato dal nonno Ricardo.



**LA GAMMA** Attualmente potete intravedere la gamma di Soriano Motori sul loro sito (cliccate qui). Il concept dei modelli è quello di una moto elettrica dal look sportivo e dalla potenza di circa 80 CV, con prezzi che partono da 25.000 euro. Dunque, un posizionamento premium che aumenta la curiosità di toccare con mano e provare le proposte di Soriano Motori. Il loro piano strategico, però, è molto più ampio: nel medio e lungo termine:vogliono sviluppare una piattaforma globale di veicoli elettrici (EV).

### VEDI ANCHE

 Le moto elettriche? Diventeranno le migliori special di sempre

 Voge entra nel mondo delle moto elettriche con la ER10

 Moto elettriche, il 50 % degli inglesi passerebbe all'elettrico



Pubblicato da Giorgio Sala, 15/10/2021

### TAGS

italia  moto elettriche  spagna  eicma 2021  Novità 2022

 0 Commenti



# EICMA 2021



  



Newsletter    Contatti    Privacy    Pubblicità

MotorBox è una testata giornalistica registrata al Tribunale di Milano n. 97 del 26.02.2001

© 1997-2025 Copyright Boxer S.r.L. - P.I:12602350154