# EXHIBIT 14



Anne Elise Herold Li
ALi@crowell.com
(212) 895-4279  direct

Crowell & Moring LLP
Two Manhattan West
375 9th Ave
New York, NY 10001
+1.212.223.4000  main
+1.212.223.4134  fax

March 10, 2025

**VIA HAND DELIVERY**

Mr. Marco Soriano
22 Jackson Pl
Massapequa, NY 11758

# CEASE & DESIST DEMAND

Dear Mr. Soriano:

This law firm represents Mr. Philippe Thomas, 5th Marqués de Ivanrey.  It has come to our attention that you have been misrepresenting your genealogical lineage and deceiving others into thinking that you are a direct descendant of Ricardo Soriano von Scholtz und Hermensdorff, 2nd Marqués de Ivanrey.  We have proof to that effect.  This is a violation of at least: New York Civil Rights Law ("NYCRL") Sections 50 and 51 – Invasion of the Right of Privacy (Publicity), Common Law Unfair Competition, New York General Business Law – Deceptive Acts Under Section 349 and False Advertising Under Section 350, and False Advertising under the Lanham Act.

This letter serves as demand for you to **immediately** cease and desist all impersonation and deceptive activities against and towards our client and his family.

We demand that you cease to present yourself as part of Mr. Thomas' immediate or distant family, including:

- Using the name von Scholtz und Hermensdorff associated with the name Soriano;

- Presenting yourself as the grandson of Ricardo Soriano von Scholtz und Hermensdorff, 2nd Marqués de Ivanrey and/or as the great-grandson of Fernando Soriano Gaviria;

- Calling yourself "Marco Antonio Soriano IV," which refers to the alleged fourth generation of Mr. Thomas' family, to which we know you do not belong; and

- Asserting being related to the Hohenlohe family, through your alleged filiation through Mr. Thomas' great-grandfather.

In addition, we demand you immediately remove from social media all past and present, as well as desist from posting future, press releases with any reference to Mr. Thomas' great-grandfather, Ricardo Soriano von Scholtz und Hermensdorff, 2nd Marqués de Ivanrey, and his great-great-grandfather, Fernando Soriano Gaviria.



Likewise, we demand you remove from social media any reference to the motorcycles, cars, and boats that Ricardo Soriano built or designed. Although your surname is "Soriano," and you have the right to make motorcycles and call them "Soriano Motori," we demand you immediately cease claiming a false "legacy" in relation to the motorcycles, vehicles, and/or any other innovations that Ricardo Soriano built or designed.

Separately, we also demand you cease falsely asserting that Ricardo Soriano or Fernando Soriano created the Soriano Family Office in 1939 or 1903.

Your actions against and towards our client are deceptive to the public, harmful, and infringe upon our client's rights. On account of this, you are now on notice that our client is contemplating further legal action against you. Accordingly, we ask that you preserve all documents, records, and communications concerning your impersonation and deceptive activities as they relate to our client (and suspend any automatic removal or deletion of such records) while Mr. Thomas considers further legal action.

We further demand that you have no further any contact with Mr. Thomas or any members of his family whatsoever. If you make any attempt to contact Mr. Thomas, any member of his immediate or extended family, or any of his friends or professional contacts, we will seek a restraining order to legally enjoin you from doing so.

We hereby demand that you provide us with written confirmation that you will cease and desist all deceptive, harmful, and infringing activities within **5 (five) days** of date of receipt hereof.

If you do not comply with this cease-and-desist letter within that period, then a lawsuit may be filed in the proper jurisdiction seeking monetary damages as well as all available legal remedies.

This letter is sent without prejudice to our client's rights and claims, all of which are expressly reserved.

I thank you for your prompt attention to this matter and remain available to discuss.

Sincerely,

Anne Elise Herold Li

Attorney: CROWELL & MORING LLP  Anne Elise Herold Li, Esq.
Address: 590 MADISON AVENUE  NEW YORK, NY 10022

RE: CEASE & DESIST DEMAND

Index Number:
Client's File No.:
Court Date:

Date Filed:

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Michael R. Delcore**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **03/10/2025**, at **7:13 PM** at: **22 JACKSON PLACE, MASSAPEQUA, NY 11758** Deponent served the within **Cease & Desist Demand Letter dated March 10, 2025**

On: **MR. MARCO SORIANO**, therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 PERCEIVED DESCRIPTION**
**Gender**: Male   **Race**: White   **Color of hair**: Black   **Glasses**: No
**Age**: 51 - 65 Yrs.   **Height**: 5ft 9inch - 6ft 0inch   **Weight**: 170-210 lbs.   **Other Features**: Wearing Hat

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether subject was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of $ .

☐ **#5 OTHER**

Sworn to before me on 3/14/25

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2028

Michael R. Delcore
License#



COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542-DCA