# EXHIBIT 15



LOIGICA, P.A
Infinity at Brickell
40 SW 13th Street, Suite 102
Miami FL 33130
(786) 292-9704
(786) 475-5926

March 20, 2025

**VIA ELECTRONIC MAIL AND U.S. REGULAR MAIL**

Anne Elise Herold Li
Crowell & Moring LLP
Two Manhattan West
375 9th Ave
New York, NY 10001
Email: *ALi@crowell.com*

Re: **Marco Soriano — Retention of Counsel and Response**

Dear Ms. Li:

The undersigned represents Mr. Marco Soriano. This letter serves to acknowledge receipt of your correspondence regarding the referenced matter. Please be advised that we are currently reviewing the details with him.

Please direct any further communications or inquiries regarding this matter to me and my co-counsel, Mr. Harry Tapias, at *Harry.Tapias@loigica.com*.

Respectfully,

*Alaa Hady-Ghalip*

Alaa Hady-Ghalip, Esq.
*Alaa.HadyGhalip@loigica.com*
LOIGICA, P.A.