# EXHIBIT 16

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 90357111
Filing Date: 12/03/2020

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT18\903\571\90357111\xml1 \ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | S M |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the literal element S superimposed over the literal element M. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 802 x 802 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Soriano Motori Corp |
| *MAILING ADDRESS | 22 Jackson Pl |
| *CITY | Massapequa |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 11758 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF | Delaware |

| | |
|---|---|
| INCORPORATION | |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 012 |
| *IDENTIFICATION | Motorcycles; Electric motorcycles; Land vehicle structural parts for **electric motorcycles and motorcycles**; Motorcycle parts, namely, brackets for mounting motorcycle saddlebags to motorcycles; Parts of motorcycles, namely, brake calipers; Parts of motorcycles, namely, brake levers; Parts of motorcycles, namely, brake pedals; Parts of motorcycles, namely, brake rotors; Parts of motorcycles, namely, clutch master cylinder assemblies; Parts of motorcycles, namely, front dash panels; Parts of motorcycles, namely, front spacers; Parts of motorcycles, namely, handle bar control levers; Parts of motorcycles, namely, handle bar dampers; Parts of motorcycles, namely, handle bar grips; Parts of motorcycles, namely, handle bars; Parts of motorcycles, namely, headlight mounts; Parts of motorcycles, namely, master cylinders; Parts of motorcycles, namely, shift levers; Structural parts for motorcycles |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 06/30/2020 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/30/2020 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\903\571\90357111\xml1 \ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\571\90357111\xml1 \ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\571\90357111\xml1 \ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\571\90357111\xml1 \ FTK0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\571\90357111\xml1 \ FTK0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\903\571\90357111\xml1 \ FTK0008.JPG |
| SPECIMEN DESCRIPTION | https://www.sorianomotori.com/ accessed 12/1/2020 |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Shuo Che Chou |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER** | TTA59197 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Sinorica LLC dba Thoughts to Paper |
| **STREET** | 20251 Century Blvd, Suite 140 |
| **CITY** | Germantown |
| **STATE** | Maryland |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 20874 |
| **PHONE** | 240-523-4321 |
| **EMAIL ADDRESS** | trademark@thoughtstopaper.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Shuo Che Chou |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | trademark@thoughtstopaper.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | moroser3@gmail.com; marco@sorianogroup.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 225 |
| ***TOTAL FEES DUE** | 225 |
| ***TOTAL FEES PAID** | 225 |
| **SIGNATURE INFORMATION** | |
| ***SIGNATURE** | /Shuo Che Chou/ |
| ***SIGNATORY'S NAME** | Shuo Che Chou |
| ***SIGNATORY'S POSITION** | Attorney of record, New York Bar member |
| **SIGNATORY'S PHONE NUMBER** | 2405234321 |
| ***DATE SIGNED** | 12/03/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 90357111**
**Filing Date: 12/03/2020**

## To the Commissioner for Trademarks:

**MARK:** S M (stylized and/or with design, see [mark](mark))
The literal element of the mark consists of S M. The mark consists of the literal element S superimposed over the literal element M.
The applicant, Soriano Motori Corp, a corporation of Delaware, having an address of
    22 Jackson Pl
    Massapequa, New York 11758
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 012: Motorcycles; Electric motorcycles; Land vehicle structural parts for electric motorcycles and motorcycles; Motorcycle parts, namely, brackets for mounting motorcycle saddlebags to motorcycles; Parts of motorcycles, namely, brake calipers; Parts of motorcycles, namely, brake levers; Parts of motorcycles, namely, brake pedals; Parts of motorcycles, namely, brake rotors; Parts of motorcycles, namely, clutch master cylinder assemblies; Parts of motorcycles, namely, front dash panels; Parts of motorcycles, namely, front spacers; Parts of motorcycles, namely, handle bar control levers; Parts of motorcycles, namely, handle bar dampers; Parts of motorcycles, namely, handle bar grips; Parts of motorcycles, namely, handle bars; Parts of motorcycles, namely, headlight mounts; Parts of motorcycles, namely, master cylinders; Parts of motorcycles, namely, shift levers; Structural parts for motorcycles

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 012, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 06/30/2020, and first used in commerce at least as early as 06/30/2020, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) https://www.sorianomotori.com/ accessed 12/1/2020.
[Specimen File1](Specimen File1)
[Specimen File2](Specimen File2)
[Specimen File3](Specimen File3)
[Specimen File4](Specimen File4)
[Specimen File5](Specimen File5)
[Specimen File6](Specimen File6)

The owner's/holder's proposed attorney information: Shuo Che Chou. Shuo Che Chou of Sinorica LLC dba Thoughts to Paper, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    20251 Century Blvd, Suite 140
    Germantown, Maryland 20874
    United States
    240-523-4321(phone)
    trademark@thoughtstopaper.com
The docket/reference number is TTA59197.

Shuo Che Chou submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
Shuo Che Chou
PRIMARY EMAIL FOR CORRESPONDENCE: trademark@thoughtstopaper.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): moroser3@gmail.com; marco@sorianogroup.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Shuo Che Chou/   Date: 12/03/2020
Signatory's Name: Shuo Che Chou
Signatory's Position: Attorney of record, New York Bar member
Signatory's Phone Number: 2405234321
Payment Sale Number: 90357111
Payment Accounting Date: 12/03/2020

Serial Number: 90357111
Internet Transmission Date: Thu Dec 03 15:54:00 ET 2020
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XX-2020120315540054
9538-90357111-75050c02b3351baf7f1338c7e8
ab1f49e5cfaa7330705af58ce2b0115d89d2c243
-CC-53591192-20201203143932585424











