UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FELIPE THOMAS Y DE LA GANDARA a/k/a  CASE NO.: 2:25-CV-02242-FB-JMV
FELIPE THOMAS Y DE LA GANDARA,
5TH MARQUES DE IVANREY.;

   *Plaintiff*,

v.

MARCO ANTONIO SORIANO;

   *Defendants*.
_____/

### ORDER ON MARCO ANTONIO SORIANO'S SECOND UNNOPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS CAUSE** came before the Court upon Defendant Marco Antonio Soriano's Unopposed Motion for Extension of Time to Respond to Plaintiffs' First Amended Complaint (the "Motion"). The Court, having been informed of the parties' agreement as to the entry of this Order, and being otherwise fully advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The Motion is hereby **GRANTED.**

2. Defendant shall have an extension of time, through and including February 16, 2026, to file and serve his response to Plaintiffs' First Amended Complaint.

   **DONE AND ORDERED** in Chambers on this ___ day of January, 2026.

                                                    _____
                                                  COUNTY COURT JUDGE